

**GUTMAN VASILIOU LLP**

Mark Gutman, Esq.
Partner
mgutman@gvllp.com
Phone 212-282-9862

Anthoula Vasiliou, Esq.
Partner
avasiliou@gvllp.com
Phone 212-282-9863

July 22, 2025

**VIA ECF**

Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The motion to seal is granted.

Date: 7/23/25

SO ORDERED.

*/s/ Lewis J. Liman*
LEWIS J. LIMAN
United States District Judge

Re: S.S. et al v. New York City Department of Education
    Case No: 25-cv-00217-LJL

Dear Judge Liman:

    I have received the Certified Administrative Record from the Office of State Review. I am requesting permission to file it under seal as it contains personal information about the minor, J.M.

Very truly yours,

*Mark Gutman*

Mark Gutman
Attorney for the Plaintiffs

48 Wall Street, #1100, New York, New York 10005 • GVLLP.com