**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 S.S., individually and on behalf of J.M.,

                                    Plaintiff,

          -against-                                  25 **CIVIL** 217 (LJL)

                                           **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                                    Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 6, 2026, Plaintiff's motion for summary

judgment is GRANTED, and Defendant's motion for summary judgment is DENIED.

**Dated:** New York, New York

      March 8, 2026

                                           **TAMMI M. HELLWIG**

                                                **Clerk of Court**

                         **BY:**             K. mango

                                              **Deputy Clerk**